UNITED STATES DISTRICT COURT

ORIGINAL

DISTRICT OF MINNESOTA

CARPENTERS & JOINERS WELFARE FUND,
TWIN CITY CARPENTERS PENSION FUND,
TWIN CITY CARPENTERS VACATION FUND,
TWIN CITY CARPENTERS APPRENTICESHIP
AND TRAINING PROGRAM, CARPENTERS &
JOINERS DEFINED CONTRIBUTION PLAN,

Civil File No. 02-0053
RHK/JMM

vs.

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE AND ORDER**

BLOOMINGTON INSTALLATIONS, LTD., and
PETAR POUCKI, individually,

Defendants.

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: March 19, 2002

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

Attorneys For Plaintiffs

MAR 2 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: 3/22/02

Then Honorable Richard H. Kyle
Judge of District Court